Todd Matthew Phillips, Esq.
Self-Represented
4894 W. Lone Mountain Rd. #132
Las Vegas, Nev. 89130
Tel: (323) 314-6996

*Petitioner in Propia Persona*

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# LAS VEGAS, NEVADA

| | |
|---|---|
| TODD MATTHEW PHILLIPS, | Case: 2:19-cv-00425-APG-PAL |
| Petitioner, | NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION STAY DISCOVERY |
| vs. | |
| AMBER PHILLIPS; HON. LINDA MARQUIS, *in Her Honor's Official Capacity as Judicial Officer*; HON. JENNIFER HENRY, *in Her Honor's Official Capacity as Judicial Officer*; HON. TIMOTHY ANDREWS, *in His Honor's Official Capacity as Judicial Officer*; and DOES 1 – 10, | |
| Respondents. | |

ca *Notice of Non-Opposition to Defendants's Motion to Stay Discovery*, p. 1 so

## ◌ NOTICE *of* NON-OPPOSITION ◌

**NOTICE OF NON-OPPOSITION TO MOTION—**

<u>Notice of Non-Opposition to Motion</u>:  Petitioner hereby gives notice of non-opposition to Defendant's' *Motion to Stay Discovery*, (served May 9, 2019). Petitioner did not receive Defendant's motion via the mail; (opposing counsel emailed a courtesy copy on May 21, 2019).  Petitioner admits that Defenants' motion was properly served, (May 9, 2019); Petitioner does not oppose the proposed stay.

Dated: **May 22, 2019**              LAW OFFICES OF T. MATTHEW PHILLIPS

*T. Matthew Phillips*
T. Matthew Phillips, Esq.
*Petitioner in Propia Persona*

## -PROOF-OF-SERVICE-

I am an individual over the age of eighteen and not a party to the within action. My business address is 4894 W. Lone Mtn. Rd. No. 132, Las Vegas, Nev. 89130. My phone number is (323) 314-6996.

On **May 22, 2019,** I served the following:

**Notice of Non-Opposition to Defendants' Motion to Stay Discovery;**

on an interested party in the above-entitled action by

__X__ via e-mail transmission,

_____ personal service on the person below listed,

__X__ depositing it in the U.S. Mail, postage prepaid, and addressed to the person below listed,

_____ overnight delivery, addressed as follows:

> **Katlyn M. Brady, Esq.**
> **Deputy Attorney General**
> **Nevada Office of the Attorney General**
> **555 E. Washington Ave., Ste. 3900**
> **Las Vegas, Nevada 89101**
> **katlynbrady@ag.nv.gov**

I declare under penalty of perjury under California law the foregoing is true and correct.

Dated: **May 22, 2019**

/s/ T. Matthew Phillips
Declarant.

4894 W. LONG WHT RD.
#132
LAS VEGAS, NEV. 89130

U.S. DISTRICT COURT
333 LAS VEGAS BLVD.
LAS VEGAS, NEV. 89101
ATTN: CIVIL FILINGS

PRIORITY MAIL
FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
PM 1-Day
NORTH LAS VEGAS, NV
89031
MAY 22, 19
AMOUNT
$7.35
R2304W119802-21

89101
1006

EXPECTED DELIVERY DAY: 05/23/19
USPS TRACKING NUMBER

\* For international shipments, the maximum weight is 4 lbs.