# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TODD MATTHEW PHILLIPS,

    Plaintiff,

v.

AMBER PHILLIPS, et al.,

    Defendants.

Case No. 2:19-cv-00425-APG-BNW

**ORDER**

    Presently before the court is pro se plaintiff Todd Phillips' motion for leave to file electronically (ECF No. 20), filed on June 5, 2019.

    Plaintiff requests permission to file, receive, and serve documents electronically in this case. The court will grant plaintiff's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

    IT IS THEREFORE ORDERED that plaintiff's motion for leave to file electronically (ECF No. 20) is GRANTED. Plaintiff must comply with the following procedures to activate his CM/ECF account:

    (1) By January 31, 2020, plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that he is not authorized to file electronically until this certification is filed with the court within the time frame specified.

1     (2) After timely filing the certification, plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: January 3, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE